UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LOWELL ANDERSON,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.

Case No. 16-cv-03328-BLF

**ORDER TERMINATING MOTION TO DISMISS AS MOOT; AND VACATING HEARING**

[Re: ECF 39]

The Motion to Dismiss filed by Defendant Synchrony Bank and set for hearing on October 6, 2016 is hereby TERMINATED AS MOOT in light of the filing of the first amended complaint. *See* Fed. R. Civ. P. 15(a)(1)(B). The hearing is VACATED.

**IT IS SO ORDERED.**

Dated: September 30, 2016

_____
BETH LABSON FREEMAN
United States District Judge