# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LOWELL ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 16-cv-03328-BLF<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

On March 8, 2017, the Court dismissed Plaintiff's first amended complaint with leave to amend on or before March 29, 2017. *See* Order Granting Defendant Experian's Motion to Dismiss First Amended Complaint with Leave to Amend, ECF 96. Plaintiff did not file an amended pleading within the time provided.

On March 30, 2017, the Court issued an Order to Show Cause, on or before April 13, 2017, why the action should not be dismissed with prejudice. Plaintiff did not respond by the April 13 deadline and still has not responded.

Accordingly, the action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: April 17, 2017

_____
BETH LABSON FREEMAN
United States District Judge