# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LOWELL ANDERSON,<br>        Plaintiff,<br>   v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>        Defendant. | Case No. 16-cv-03328-BLF<br><br>**JUDGMENT** |

Plaintiff's action having been dismissed with prejudice,

It is hereby ordered and adjudged that Plaintiff take nothing by this action and that Judgment is entered for Defendant Experian Information Solutions, Inc. and against Plaintiff.

Dated: April 17, 2017

                                                                         BETH LABSON FREEMAN
                                                                         United States District Judge